**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **JOHN PETERS** | **CIV. ACTION NO. 3:23-00453** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 8], is **GRANTED**, and Plaintiff's Claims [Doc. Nos. 1, 10] are **DISMISSED WITH PREJUDICE.**

THUS DONE in Chambers on this 25th day of January 2024.

**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**
